## ALANSON STACEY *versus* DAVID BENSON.

*Oct. 29th.*

IN this case it was *resolved*, that under *St.* 1783, *c.* 38, § 7, providing, that where any person, by excessive drinking, &c. shall endanger or expose " *the town to which he belongs* " to expense for his maintenance, the selectmen thereof shall make complaint to the judge of probate of the county to which the person *belongs*, and authorizing such judge thereupon to appoint a guardian to such spendthrift, the appointment of a guar-

dian upon the complaint of selectmen of the town where the spendthrift was *domiciled*, was valid, although such spendthrift had his *legal settlement* in a town in a different county from that in which such appointment was made.

*Mann* and *S. Williams*, for the plaintiff.

*Warren*, for the defendant.

[In the Revised Statutes, c. 79, § 11, the matter is put beyond doubt, the authority being conferred on the selectmen of the town of which the spendthrift is an inhabitant, or in which he resides.]